**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**EXECUTION SCHEDULED FOR DECEMBER 10, 2026, AT 6:00 PM**

**WILLIE SETH CRAIN, JR.,**
Petitioner,

Death Penalty Case
Case No. 8:26-cv-03503

v.

**RICHARD COMERFORD**,
Secretary, Florida Department of Corrections,
Respondent,
&

**JAMES UTHMEIER**,
Attorney General, State of
Florida, Additional
Respondent.
_____________________________________/

**PETITIONER'S MOTION FOR NUNC PRO TUNC APPOINTMENT OF COUNSEL PURSUANT TO THE CRIMINAL JUSTICE ACT**

Pursuant to 18 U.S.C. § 3006A, and § 21 U.S.C. 848(q)(4)-(10), Petitioner respectfully moves for an order appointing the Office of the Capital Collateral Regional Counsel – Middle Region (CCRC-M) as counsel to represent him in this federal habeas corpus action. In support of this motion, Petitioner shows:

1. Petitioner is a prisoner presently under a sentence of death in the State of Florida.
2. Petitioner is seeking federal habeas corpus relief in this district court.

3. Petitioner is indigent and unable to pay costs incident to a 28 U.S.C. § 2254 action.
4. CCRC-M is a state agency charged with the statutory responsibility of providing legal representation in both state and federal capital postconviction proceedings to any person convicted and sentenced to death in Florida who is without counsel due to his or her indigency. Part IV, Chapter 27, Florida Statutes (1994), is the CCRC-M enabling statute.
5. CCRC-M has been the attorney of record for Petitioner in his state postconviction proceedings since March 1, 2005. It is the Eleventh Circuit's policy that when the experience of counsel is apparent and no potential conflict of interest exists, district judges should appoint the same lawyers involved in the state postconviction and habeas proceedings as counsel in the federal habeas proceedings.
6. CCRC-M will require the services of investigators and experts to effectively represent Petitioner. These services may be approved under subsection (e) of the Criminal Justice Act and § 21 U.S.C. 848(q).
7. The State of Florida, unlike many other jurisdictions, has established a statutory right to counsel in capital postconviction proceedings. It has created and specially funded the Office of the Capital Collateral

Regional Counsel ("CCRC") to provide counsel to people incarcerated sentenced to death in postconviction collateral actions. CCRC representation extends to both state and federal system to ensure continuity of counsel.

8. Both the United States Judicial Conference and Eleventh Circuit have recognized Criminal Justice Act funds are appropriate for jurisdictions such as Florida which have made a substantial fiscal contribution to providing counsel for death-sentenced inmates.

9. Section 27.702(3)(a) Florida Statutes (1996 Supp.) states:

> The capital collateral regional representative shall file motions seeking compensation for representing and reimbursement pursuant to 18 U.S.C. s. 3006A when providing representation to indigent persons in the federal court, and shall deposit such payments received into the Capital Collateral Trust Fund.

WHEREFORE, Petitioner requests:

1. CCRC-M be appointed counsel for Petitioner pursuant to 18 U.S.C. § 3006A, and 21 U.S.C. § 848(q)(4)-(10) and the date of appointment be entered nunc pro tunc to the date of the denial of the Petitioner's state postconviction actions by the Florida Supreme Court. The Appeal was dismissed on September 8, 2026.

2. Petitioner be authorized, after appropriate application, to obtain investigative, expert, or other services pursuant to 18 U.S.C. § 3006A(e) and 21 U.S.C. § 848(q)(10).

3. CCRC-M be awarded attorney compensation to be paid to the Capital Collateral Regional Counsel Trust Fund.

/s/ Melody J. Jacquay (Lead Counsel)
MELODY JACQUAY-ACOSTA
Florida Bar No. 1010248
Assistant CCRC

/s/Colleen A. Monroe
COLLEEN ANN MONROE
Florida Bar No. 1036189
Assistant CCRC

/s/Chelsea S. Chitty
CHELSEA SUE CHITTY
Florida Bar No. 1045375
Assistant CCRC

CAPITAL COLLATERAL
REGIONAL COUNSEL-MIDDLE
REGION
12973 N. Telecom Parkway
Temple Terrace, Florida 33637
813-558-1643

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 17th day of November, 2026 a true copy of the foregoing Motion for Nunc Pro Tunc Appointment has been furnished by electronic mail to the Office of the Florida Attorney General, James Uthmeier, Rick Buchwalter and Jonathan Tannen, Senior Assistant Attorney Generals at Rick.Buchwalter@myfloridalegal.com, Timothy.Freeland@myfloridalegal.com, Jonathan.Tanner@myfloridalegal.com, Stephen.Ake@myfloridalegal.com,

Scott.Browne@myfloridalegal.com, Marilyn.Muir@myfloridalegal.com, Heather.Davidson@myfloridalegal.com, Paula.Montlary@myfloridalegal.com, Elizabeth.Bueter@myfloridalegal.com, and CapApp@MyFloridaLegal.com and Florida Department of Corrections, Debra Rescigno, Senior Attorney and Kelly R. Forren, Assistant General Counsel at debra.rescigno@fdc.myflorida.com; kelly.forren@fdc.myfloirda.com; CO-GCCapLit@fdc.myflorida.com; and court-filings@fdc.myflorida.com.

We hereby certify that a copy of this notice will be delivered to Willie Seth Crain, Jr., DOC #096344, Florida State Prison, 23916 NW 83rd Avenue, Raiford, Florida 32083 on November 20, 2026.

Undersigned further hereby certifies that no generative AI was used in the drafting or preparation of this filing.

/s/ Melody J. Jacquay (Lead Counsel)
MELODY JACQUAY-ACOSTA
Florida Bar No. 1010248
Assistant CCRC
support@ccmr.state.fl.us
jacquay@ccmr.state.fl.us

/s/Colleen A. Monroe
COLLEEN ANN MONROE
Florida Bar No. 1036189
Assistant CCRC
monroe@ccmr.state.fl.us

/s/Chelsea S. Chitty

CHELSEA SUE CHITTY
Florida Bar No. 1045375
Assistant CCRC
chitty@ccmr.state.fl.us

CAPITAL COLLATERAL
REGIONAL COUNSEL-MIDDLE
REGION