**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**EXECUTION SCHEDULED FOR DECEMBER 10, 2026, AT 6:00 PM**

**WILLIE SETH CRAIN, JR.,**
Petitioner,

Death Penalty Case
Case No. 8:26-cv-03503

v.

**RICHARD COMERFORD**,
Secretary, Florida Department of Corrections,
Respondent,
&

**JAMES UTHMEIER**,
Attorney General, State of
Florida, Additional
Respondent.
_______________________________________/

## PETITIONER'S NOTICE OF RELATED ACTIONS

Petitioner, **Willie Seth Crain, Jr.,** by his undersigned counsel, and pursuant to Local Rule 1.07, gives notice of the below listed related cases:

Petitioner was prosecuted and sought postconviction relief in Case Number 1998-CF-17084, in the Circuit Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida.

Petitioner appealed his judgment and sentence to the Florida Supreme Court, Case Number, SC2000-0661.

Petitioner appealed the denial of postconviction relief to the Florida Supreme Court, Case Number, SC2009-1920.

Petitioner appealed the denial of his Successive Motion for Postconviction Relief pursuant to *Hurst v. Florida*, 136 S.Ct. 616 (2016) to the Florida Supreme Court, Case Number, SC2012-1475.

Petitioner filed a Petition for Writ of Certiorari on to the United States Supreme Court, SC17-1475.

Petitioner filed a Writ of Habeas Corpus in United States District Court, Middle District of Florida, Case Number: 8:12-cv-00322-KKM-AAS.

Petitioner filed an Application for Certificate of Appealability to the United States Court of Appeals for the Eleventh Circuit, Case Number: 22-13693-P.

Petitioner appealed the partial denial of his first Motion to Correct Sentence, filed on August 1, 2024, to the Florida Supreme Court, Case Number: SC2025-0211.

Petitioner appealed the denial of his second Motion to Correct Sentence, filed on July 30, 2025, to the Florida Supreme Court, Case Number: SC2025-1268.

/s/ Melody J. Jacquay
MELODY JACQUAY-ACOSTA
Florida Bar No. 1010248
Assistant CCRC

/s/Colleen A. Monroe
COLLEEN ANN MONROE
Florida Bar No. 1036189
Assistant CCRC

/s/Chelsea Chitty
CHELSEA SUE CHITTY
Florida Bar No. 1045375
Assistant CCRC

CAPITAL COLLATERAL
REGIONAL COUNSEL-MIDDLE
REGION
12973 N. Telecom Parkway
Temple Terrace, Florida 33637
813-558-1643

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on this 17th day of November, 2026 a true copy of the foregoing Notice of Related Cases has been furnished by electronic mail to the Office of the Florida Attorney General, James Uthmeier, Rick Buchwalter and Jonathan Tannen, Senior Assistant Attorney Generals at Rick.Buchwalter@myfloridalegal.com, Timothy.Freeland@myfloridalegal.com, Jonathan.Tanner@myfloridalegal.com, Stephen.Ake@myfloridalegal.com, Scott.Browne@myfloridalegal.com, Marilyn.Muir@myfloridalegal.com, Heather.Davidson@myfloridalegal.com, Paula.Montlary@myfloridalegal.com, Elizabeth.Bueter@myfloridalegal.com, and CapApp@MyFloridaLegal.com and

Florida Department of Corrections, Debra Rescigno, Senior Attorney and Kelly R. Forren, Assistant General Counsel at debra.rescigno@fdc.myflorida.com; kelly.forren@fdc.myfloirda.com; CO-GCCapLit@fdc.myflorida.com; and court-filings@fdc.myflorida.com.

We hereby certify that a copy of this notice will be delivered to Willie Seth Crain, Jr., DOC #096344, Florida State Prison, 23916 NW 83rd Avenue, Raiford, Florida 32083 on November 20, 2026.

Undersigned further hereby certifies that no generative AI was used in the drafting or preparation of this filing.

/s/ Melody J. Jacquay
MELODY JACQUAY-ACOSTA
Florida Bar No. 1010248
Assistant CCRC
support@ccmr.state.fl.us
jacquay@ccmr.state.fl.us

/s/Colleen A. Monroe
COLLEEN ANN MONROE
Florida Bar No. 1036189
Assistant CCRC
monroe@ccmr.state.fl.us

/s/Chelsea Chitty
CHELSEA SUE CHITTY
Florida Bar No. 1045375
Assistant CCRC
chitty@ccmr.state.fl.us

CAPITAL COLLATERAL
REGIONAL COUNSEL-MIDDLE
REGION