**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

WILLIE SETH CRAIN,

Petitioner,

v.

SECRETARY, DEPARTMENT OF CORRECTIONS, et al.,

Respondents.
_______________________________/

Case No. 8:26-cv-3503-KKM-LSG
Death Penalty Case
ACTIVE DEATH WARRANT
EXECUTION SCHEDULED FOR
December 10, 2026, at 6:00 p.m.

**NOTICE OF APPEARANCE OF CO-COUNSEL**

COMES NOW the Respondent, Secretary, Florida Department of Corrections, by and through the undersigned counsel, and hereby gives notice that Timothy A. Freeland, Special Counsel, Assistant Attorney General, appear as co-counsel for Respondent in the instant case. Therefore, in addition to service on all current email addresses for Respondent's counsel, any and all pleadings should be sent to:

Timothy.Freeland@myfloridalegal.com
Capapp@myfloridalegal.com

Respectfully submitted,

JAMES UTHMEIER
FLORIDA ATTORNEY GENERAL

/s/ *Timothy A. Freeland*

TIMOTHY A. FREELAND
Special Counsel, Assistant Attorney General
Florida Bar No. 0539181
timothy.freeland@myfloridalegal.com
capapp@myfloridalegal.com

Office of the Attorney General
Capital Litigation
3507 East Frontage Road, Suite 200
Tampa, Florida 33607
Telephone: 813-287-7910

COUNSEL FOR THE RESPONDENTS

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of November 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following: Melody Jacquay-Acosta, Colleen Monroe, and Chelsea Chitty, Assistants CCRC-M, Capital Collateral Regional Counsel-Middle Region, 12973 No. Telecom Parkway, Temple Terrace, Florida 33637, **jacquay@ccmr.state.fl.us**, **monroe@ccmr.state.fl.us**, **chitty@ccmr.state.fl.us**, **support@ccmr.state.fl.us**; and the Florida Supreme Court, Kendall Canova, Capital Appeals Clerk, 500 South Duval

Street, Tallahassee, Florida 32399, **warrant@flcourts.org, canovak@flcourts.org.**

/s/ *Timothy A. Freeland*
COUNSEL FOR THE RESPONDENT